IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES EDWARD ANDREWS                                                      PLAINTIFF

      v.                              Civil No. 11-2254

SHERIFF ANTHONY BOER; and
JAIL ADMINISTRATOR TRAVIS BALL                                    DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se*.

The complaint was filed on December 23, 2011 (Doc. 1). Plaintiff failed to submit an *in forma pauperis* (IFP) application with the complaint or pay the $350 filing fee. By order (Doc. 2) entered that same day, Plaintiff was given until January 17, 2012, to either complete, sign, and return an IFP application to the Court for review and filing or pay the $350 filing fee. Plaintiff was advised that failure to comply with the order would result in the summary dismissal of the case.

To date, Plaintiff has not submitted an IFP application or paid the $350 filing fee. He has not sought an extension of time to comply with the order. The Court has received no return mail.

I therefore recommend that this case be dismissed with prejudice based on Plaintiff's failure to obey an order of this Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file**

-1-

**timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 27th day of January 2012.

/s/ *J. Marschewski*
 HON. JAMES R. MARSCHEWSKI
 CHIEF UNITED STATES MAGISTRATE JUDGE