IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

CHARLES EDWARD ANDREWS                                          PLAINTIFF

v.                     Case No. 11-2254

SHERIFF ANTHONY BOER and
JAIL ADMINISTRATOR TRAVIS BALL                                 DEFENDANTS

O R D E R

On this 27th day of February 2012, there comes on for consideration the report and recommendation filed in this case on January 27, 2012, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 3). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of the Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge